# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 09-CR-30033-MJR |
| ) | |
| MELVIN L. DIXON, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER
## ADOPTING REPORT & RECOMMENDATION AND
## <u>ACCEPTING DEFENDANT'S GUILTY PLEA</u>

REAGAN, District Judge:

On August 13, 2009, the parties appeared before the Honorable Donald G. Wilkerson, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Dixon entered a guilty plea as to the charge contained in the indictment.

By Report and Recommendation filed August 13, 2009 (Doc. 23), Judge Wilkerson recommends that the undersigned District Judge accept Defendant's guilty plea, find Defendant guilty, direct the Probation Office to prepare a presentence investigation report, and schedule sentencing herein. The parties were given an opportunity to object to Judge Wilkerson's Report. That deadline has elapsed without any party filing objections.

1

Accordingly, the Court **ADOPTS** in its entirety Judge Wilkerson's Report and Recommendation (Doc. 23), **ACCEPTS** Defendant Dixon's guilty plea, and **ADJUDGES** Defendant Dixon guilty of the offense set forth therein. The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report. Finally, the Court **CONFIRMS that SENTENCING** shall proceed at <u>11:00 am on November 25, 2009</u>.

It Is So Ordered.

Dated this 9th day of September 2009.

                                              s/ Michael J. Reagan
                                              MICHAEL J. REAGAN
                                              United States District Judge