IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,   : | |
| : | |
| PLAINTIFF,   : | |
| : | |
| v.   : | Case No.:  09-cr-30033-MJR |
| : | |
| MELVIN L. DIXON,   : | |
| : | |
| DEFENDANT.   : | |

# ORDER FINDING NO THIRD-PARTY INTERESTS
# (FINAL ORDER OF FORFEITURE)

REAGAN, District Judge:

On April 2, 2010, the undersigned Judge entered an Order for forfeiture against Defendant Melvin L. Dixon for the following property which had been seized from Dixon:

**One Llama, .45 caliber semi-automatic pistol,
bearing serial number A48584.**

The Order further provided that the Government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. ' 853(n)(1).

Notice was published by the Government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning May 23, 2010, and ending June 21, 2010, and no third party filed a petition within 30 days after the last date of publication to allege an interest in the property.

Consequently, the Court hereby **GRANTS Doc. 57** and FINDS, pursuant to 21 U.S.C. ' 853(n)(7), that no third-party petitions were filed and that the United States of America

has clear title to the above-described property that is the subject of the Order of Forfeiture filed on April 2, 2010, namely:

>**One Llama, .45 caliber semi-automatic pistol, bearing serial number A48584.**

The Bureau of Alcohol, Tobacco, Firearms and Explosives or the United States Marshal shall dispose of the property according to law.  Disposal may, at the discretion of the United States, include the destruction of the property.  Destruction may be done at such time and location and by such persons as designated by the United States Marshal or the Bureau of Alcohol, Tobacco, Firearms and Explosives.

IT IS SO ORDERED.

DATED August 17, 2010.

s/Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Court Judge**